**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| UMH PROPERTIES, INC., | : | No. 26 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| GREENWICH TOWNSHIP BOARD OF | : | |
| SUPERVISORS, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.

    The Petition for Relief for the Filing of a Reply in Support of the Petition for Allowance of Appeal is **GRANTED**.

    Justice Brobson did not participate in the consideration or decision of this matter.